**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
          Plaintiff,                                Civil Action No. 2:14-cv-14-13710

                                                     Hon. SEAN F. COX

     v.

R.G. & G.R. HARRIS FUNERAL
HOMES, INC.,
          Defendant.

_____/

## NOTICE OF ENTRY OF APPEARANCE

**To the Court and Counsel:**

     Please be advised that Joel J. Kirkpatrick P.C. by Joel J. Kirkpatrick (P62851) hereby

enters his appearance as counsel for Defendant R.G. & G.R Harris Funeral Homes, Inc. in this

matter.  Counsel is registered for e-filing and requests to be added to the ECF document filing

system to receive filings in this matter.

                                       Respectfully submitted,

                                       */s/ Joel J. Kirkpatrick*
                                       Joel J. Kirkpatrick (P62851)
                                       JOEL J. KIRKPATRICK, PC
                                       843 Penniman Ave., Ste. 201
                                       Plymouth, MI 48170
                                       (734) 404-5710
                                       (866) 241-4152 Fax
                                       *Attorney for Defendant R.G. & G.R Harris Funeral*
                                       *Homes, Inc*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on this date.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Joel J. Kirkpatrick*
Joel J Kirkpatrick (P62851)