# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>R.G. & G.R. HARRIS FUNERAL HOMES INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:14-CV-13710<br>Hon. Sean F. Cox |

## NOTICE OF APPEARANCE

Please be advised that Joseph P. Infranco hereby enters his appearance as co-counsel in the above-entitled cause of action on behalf of Defendant, R.G. & G.R. Harris Funeral Homes, Inc.

                                                 Respectfully submitted,

                                                 /s/ Joseph P. Infranco
                                                 Joseph P. Infranco (NY Bar 1268739)
                                                 ALLIANCE DEFENDING FREEDOM
                                                 15100 N. 90th Street
                                                 Scottsdale, AZ 85260
                                                 (480) 444-0020/
                                                 (480) 444-0028 Fax
                                                 jinfranco@alliancedefendingfreedom.org
                                                 *Attorney for Defendant R.G. & G.R.*
                                                 *Harris Funeral Homes, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on this 6th day of May, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph P. Infranco
Joseph P. Infranco (NY Bar 1268739)