# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

Plaintiff,

                                Civil Action No.
                                2:14-cv-14-13710
                                Hon. SEAN F. COX

v.

**R.G. & G.R. HARRIS FUNERAL HOMES, INC**.,

Defendant.

_____

### DEFENDANT R.G. & G.R. HARRIS FUNERAL HOMES, INC'S., PRELIMINARY LAY WITNESS LIST

NOW COMES the Defendant, R.G. & G.R. HARRIS FUNERAL HOMES, INC, by and through its attorney, KIRKPATRICK LAW OFFICES, P.C., and for its Preliminary Lay Witness List state as follows:

1. Thomas F. Rost
2. Ms. Dolores Nemeth
3. Ryan Kish
4. Shannon Kish
5. Troy Shaffer
6. Cody Higley
7. Tia Macklin
8. Individual known to Defendant as Anthony Stephens
9. Steven Rost

10. Donna Stephens

11. George Crawford

12. Any medical personnel that treated Stephens, including but not limited to any doctor, psychologist, psychiatrist, health care professional, and any person who have evaluated, assessed or treated Stephens

13. Cecelia M. Hanchon, LMSW

14. REPRESENTATIVES, AGENTS, EMPLOYEES, AND/OR RECORDS CUSTODIANS OF R.G. & G.R. HARRIS FUNERAL HOMES, INC.

15. Jason Wright

16. Shajini Khan

17. Family members of Stephens

18. Any witnesses identified by Plaintiff in response to any outstanding or future discovery requests

19. All witnesses listed on Plaintiff's Witness List.

20. All persons identified by the parties in their deposition transcripts and answers to interrogatories.

21. Any necessary rebuttal witnesses.

22. Plaintiff reserves the right to list any additional witnesses as may become known through future discovery.

Respectfully submitted,

**JOEL J. KIRKPATRICK, P.C.**

*/s/ Joel J. Kirkpatrick*
Joel J. Kirkpatrick
Attorney for Appellant

                                          843 Penniman Ave. Suite 201
                                          Plymouth, MI  48170
                                          (734) 404 – 5710
                                          (866) 241-4152 FAX
                                          joel@joelkirkpatrick.com

Dated: September 1, 2015

## **CERTIFICATE OF SERVICE**

I certify that on September 1. 2015, a copy of the above *filing* was filed electronically via the ECF filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/*s/ Joel J. Kirkpatrick*

**JOEL J. KIRKPATRICK**