IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:14-CV-13710-SFC-DRG |
| v. | ) ) | Hon. Sean F. Cox |
| R.G. & G.R. HARRIS FUNERAL HOMES INC., | ) ) ) | Mag. David Grand |
| Defendant. | ) ) ) | |
| _____ | ) | |

| | |
|---|---|
| LAURIE A. YOUNG | JOEL J. KIRKPATRICK |
| KENNETH BIRD | JOEL J. KIRKPATRICK, P.C. |
| DALE PRICE (P55578) | Attorney for Defendant |
| MILES SHULTZ | 843 Penniman Ave. Ste. 201 |
| EMPLOYMENT   OPPORTUNITY COMMISSION | Plymouth, MI 48170 |
| | (734) 404-5170 |
| Attorneys for Plaintiff | Joel@JoelKirkpatrick.com |
| 477 Michigan Ave., Room 865 | |
| Detroit, MI 48226 | |
| (313) 226-7808 | |
| Dale.Price@eeoc.gov | |

## **PLAINTIFF'S WITNESS LIST**

Pursuant to the Court's scheduling order, Plaintiff, Equal Employment Opportunity Commission ("EEOC" or "Commission") submits its list of witnesses who may testify at trial.

## WITNESS LIST

1. Aimee Stephens, c/o Plaintiff's counsel;

2. Donna Stephens, c/o Plaintiff's counsel;

3. Shajini Khan, c/o Plaintiff's counsel;

4. Thomas Rost, c/o Defendant's counsel;

5. Shannon Kish, c/o Defendant's counsel;

6. George Crawford, c/o Defendant's counsel;

7. Ryan Kish, c/o Defendant's counsel;

8. Cody Higley, c/o Defendant's counsel;

9. Tia Macklin, c/o Defendant's counsel;

10. Dolores Nemeth, c/o Defendant's counsel;

11. Troy Shaffer, c/o Defendant's counsel;

12. Jason Wright, c/o Defendant's counsel;

13. Cecelia Hanchon, 4154 Kangaroo Court, Pinckney, MI 48619;

14. Any and all witnesses listed by Defendant;

15. Any and all record custodians;

16. Any and all rebuttal witnesses;

17. Any and all individuals identified through Defendant's Answers to Plaintiff's Interrogatories and Document Requests;

18. Any and all individuals identified through discovery depositions; and

19. Plaintiff reserves the right to supplement and/or amend this Witness List as information becomes known during the course of discovery.

                                      Respectfully submitted,

Dated: September 1, 2015       s/ Dale Price
                                      Dale Price (P55578)
                                      Trial Attorney

                                      EQUAL EMPLOYMENT
                                        OPPORTUNITY COMMISSION
                                      DETROIT FIELD OFFICE
                                      Patrick V. McNamara
                                      477 Michigan Avenue, Room 865
                                      Detroit, Michigan 48226
                                      Dale.Price@eeoc.gov
                                      Tel. No. (313) 226-7808
                                      Fax No. (313) 226-6584

## **CERTIFICATE OF SERVICE**

I, Dale Price, hereby certify that on September 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification to all attorney of record a t the e-mail addresses disclosed on the Notice of Electronic Filing Receipt.

Dated: September 1, 2015          s/ Dale Price
                                  Dale Price (P55578)
                                  Trial Attorney

                                  EQUAL EMPLOYMENT
                                  OPPORTUNITY COMMISSION
                                  DETROIT FIELD OFFICE
                                  Patrick V. McNamara
                                  477 Michigan Avenue, Room 865
                                  Detroit, Michigan 48226
                                  dale.price@eeoc.gov
                                  Tel. No. (313) 226-7808
                                  Fax No. (313) 226-6584