UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
        Plaintiff,                                      Civil Action No. 2:14-cv-14-13710

                                                      Hon. SEAN F. COX

       v.

R.G. & G.R. HARRIS FUNERAL
HOMES, INC.,
        Defendant.
_____/

## STIPULATION TO EXTEND THE MARCH 31, 2016 MOTION DEADLINE FOR BOTH PARTIES UNTIL APRIL 7, 2016

Plaintiff and Defendant, by and through their undersigned attorneys, hereby stipulate to the entry of an order extending the March 31, 2016 motion deadline for both Plaintiff and Defendant for one week until Thursday April 7, 2016.

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | JOEL J. KIRKPATRICK, P.C. |
|---|---|
| */s/ Dale Price\** | */s/ Joel J. Kirkpatrick* |
| DALE PRICE (P55578) | JOEL J. KIRKPATRICK (P62851) |
| Trial Attorney | Attorney for Defendant |
| EEOC | 843 Penniman Ave., Ste. 201 |
| Detroit Field Office | Plymouth, MI 48170 |
| Patrick V McNamara | joel@joelkirkpatrick.com |
| 477 Michigan Ave., Rm. 865 | (734) 404-5710 |
| Detroit, MI 48226 | (866) 241-4152 Fax |
| Dale.Price@EEOC.Gov | |
| (313) 226-7808 | |
| (313) 226-6584 Fax | |

*signed by consent of counsel 3-15-2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
        Plaintiff,                            Civil Action No. 2:14-cv-13710

                                                   Hon. SEAN F. COX

        v.

R.G. & G.R. HARRIS FUNERAL
HOMES, INC.,
        Defendant.
_____/

## ORDER

In light of the foregoing stipulation, it is hereby ordered that the March 31, 2016 motion deadline for both Plaintiff and Defendant be extended for one week until Thursday April 7, 2016.

**IT IS SO ORDERED.**

Dated: March 15, 2016                            s/ Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Judge