

"Do you have eyes but fail to see?"   Jesus Christ MARK 8:18 NIV

The god of this age (satan) has blinded the minds of unbelievers, so that they cannot see the light of the Gospel of Christ.
**II CORINTHIANS 4:4 NIV**

"I tell you the truth, unless a man is born again, he cannot see the Kingdom of God."   Jesus Christ JOHN 3:3 NIV

Christ died for our sins ... He was buried ... He was raised on the third day.
**I CORINTHIANS 15:3 & 4 NIV**

If we confess our sins ... He will forgive us.   **I JOHN 1:9 NIV**

By grace you have been saved, through faith ... is a gift of God ... not by works.   **EPHESIANS 2:8 & 9 NIV**

"Blessed are the eyes that see what you see ... many prophets and kings wanted to see what you see but did not see it."
Jesus Christ LUKE 10:23 & 24 NIV

**SHARE YOUR DISCOVERY WITH OTHERS!!**