### Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF MICHIGAN
 3              SOUTHERN DIVISION
 4
 5  EQUAL EMPLOYMENT OPPORTUNITY )
 6  COMMISSION,            )
 7          Plaintiff, )
 8  vs.              ) Case No. 14-13710
 9  R.G. & G.R. HARRIS FUNERAL   ) Hon. Sean F. Cox
10  HOMES, INC.,         ) United States
11          Defendants. ) District Court Judge
12  _____)
13
14        DEPOSITION OF DELORES NEMETH
15              PLYMOUTH, MICHIGAN
16           FRIDAY, NOVEMBER 13, 2015
17
18
19
20
21
22
23
24  REPORTED BY:  QUENTINA R. SNOWDEN, CSR NO. 5519
25  JOB NO.:  276004-A
```

### Page 2

```
 1      DEPOSITION OF DELORES NEMETH, taken at the
 2  offices of Joel J. Kirkpatrick, PC, located at
 3  843 Penniman Avenue, Suite 201, Plymouth,
 4  Michigan on Friday, November 13, 2015, at 9:30
 5  a.m., before Quentina R. Snowden, Certified Court
 6  Reporter, in and for the State of Michigan.
 7
 8  APPEARANCES:
 9   For the Plaintiff:
10     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
11     BY:  MILES E. SHULTZ, ESQ.
12          DALE R. PRICE, JR., ESQ.
13     477 Michigan Avenue
14     Room 865
15     Detroit, Michigan 48226-2552
16     (313) 226-7808
17     E-mail:  dale.price@eeoc.gov
18              miles.shultz@eeoc.gov
19
20
21
22
23
24
25
```

### Page 3

```
 1  APPEARANCES CONTINUED:
 2    For the Defendant:
 3     JOEL J. KIRKPATRICK, PC
 4     BY:  JOEL JAMES KIRKPATRICK, ESQ.
 5     843 Penniman Avenue
 6     Suite 201
 7     Plymouth, Michigan 48170-1770
 8     (734) 404-5710
 9     E-mail:  joel@joelkirkpatrick.com
10
11     ALLIANCE DEFENDING FREEDOM
12     BY:  BRADLEY ABRAMSON, ESQ.
13     15100 North 90th Street
14     Scottsdale, Arizona 85260
15     (480) 444-0020
16     E-mail:  babramson@adflegal.com
```

### Page 4

```
 1              I N D E X
 2  WITNESS:  DELORES NEMETH
 3  EXAMINATION                      PAGE
 4  BY:  Mr. Shultz                   05
 5  EXAMINATION
 6  BY:  Mr. Kirkpatrick              22
 7  RE-EXAMINATION
 8  BY:  Mr. Shultz                   25
 9  (No further examination.)
10          E X H I B I T S
11  NUMBER    DESCRIPTION             PAGE
12
13      (None presented for marking.)
```

Page 13

1  Q  Could you describe to your understanding what
2     the dress code is?
3  A  A skirt, I wear flat shoes, you can wear heels
4     or flat shoes like I'm dressed now, a jacket.
5  Q  Okay. And do you receive any sort of allowance
6     for your dress?
7  A  Yeah.
8  Q  Could you describe how much do you receive and
9     when?
10 A  Geez. What do you mean by "When"?
11 Q  How often -- how frequently do you receive an
12    allowance?
13 A  Like once a year.
14 Q  Once a year?
15 A  Uh-huh.
16 Q  And how much do you receive?
17 A  I'm trying to think now. I think it was a
18    check for $75.
19 Q  So it comes as a separate check, not as part of
20    your paycheck?
21 A  Right.
22 Q  Do you remember when that began?
23 A  Oh, probably a couple years.
24 Q  So, for the 13 years that you've worked at R.G.
25    G.R. you didn't always receive an allowance?

Page 14

1  A  No.
2  Q  So, do you think it's two years or more than
3     two years?
4  A  I'm guessing probably two years.
5  Q  Okay. Two years. And when do you receive that
6     check; do you remember?
7  A  I think it's probably first of the year.
8  Q  First of the year?
9  A  Uh-huh.
10 Q  First of the calendar year?
11 A  Uh-huh.
12 Q  Did you receive any sort of notice from R.G.
13    G.R. that you would start receiving a dress
14    allowance?
15 A  I don't remember.
16 Q  So you don't remember seeing a fax from the
17    Detroit office?
18 A  Like I said, when you're asking me, I don't
19    remember.
20 Q  You don't remember?
21 A  No. When.
22 Q  So you don't -- I'm going to ask other
23    questions regarding it to try and jog your
24    memory.
25       So I'm not -- I do take it that

Page 15

1     right now you don't remember, so I don't want
2     you to be offended when I start asking
3     clarifying questions.
4        So you don't remember if there was
5     ever a meeting with Mr. Rost or Ms. Kish
6     regarding the allowance?
7  A  Oh, we were notified, but I can't remember --
8     you asked me, probably was a memo. I don't
9     know.
10 Q  Okay.
11 A  I can't remember really.
12 Q  So you were notified, you just don't remember
13    the substance?
14 A  Oh, yeah.
15 Q  Did you have any participation in the process
16    for determining whether you would receive an
17    allowance?
18 A  What do you mean?
19 Q  Did you have any involvement in R.G. G.R.'s
20    decision to start providing a dress allowance?
21 A  No.
22 Q  Did you have any part of the decision for how
23    much a dress allowance should be?
24 A  No.
25 Q  Do you have any estimate for how much you pay

Page 16

1     to comply with R.G. G.R. dress code?
2        MR. KIRKPATRICK: Objection,
3     relevance. Go ahead and answer if you can.
4        THE WITNESS: I've worked there for
5     13 years. I've never had a problem. I dress
6     the way I dress. I don't know what you mean.
7  BY MR. SHULTZ:
8  Q  How much -- do you know how much money you
9     spend on clothes to comply with R.G. G.R.'s --
10 A  No, I don't.
11 Q  Do you think that you spend more than $75 per
12    year on clothes?
13       MR. KIRKPATRICK: Objection,
14    relevance, vague. Go ahead and answer.
15       THE WITNESS: It's hard to answer
16    that.
17 BY MR. SHULTZ:
18 Q  Did you ever work with an Anthony Stephens?
19 A  Yes.
20 Q  Anthony's new name is Aimee Stephens, so I'll
21    refer to her as "Aimee Stephens."
22       What sort of day-to-day
23    interactions did you have with Ms. Stephens?
24 A  He was the embalmer there. I worked with him.
25    Like if he was out on -- you know, doing

Page 17
1  things, I would be by myself.  He wasn't there
2  a whole 8 hours a day, he would be doing -- so
3  with the little bit I did, yes, I did work with
4  him.
5  Q  So you had day-to-day --
6  A  Yeah.
7  Q  -- interaction with him?
8  A  Exactly.
9  Q  You had worked -- you preceded Ms. Stephens at
10    R.G. G.R., correct?
11 A  Uh-huh.
12 Q  So you worked for the entire time he was
13    there -- she was there?
14 A  Uh-huh.
15 Q  You would have daily communications with each
16    other?
17 A  Yeah.
18 Q  Would Ms. Stephens help you with office work or
19    death certificates?
20 A  Probably, yeah.
21 Q  Ms. Stephens was fired, do you know that?
22 A  Yes.  Well, I don't -- he was let go.
23 Q  Let go?
24 A  Yep.
25 Q  Ms. Stephens no longer works there?

Page 18
1  A  Right.
2  Q  But you weren't involved in the process for
3    deciding to terminate Ms. Stephens?
4  A  No.
5  Q  Mr. Rost, none of the other managers discussed
6    with you their decision --
7  A  No.
8  Q  -- to terminate Ms. Stephens?
9  A  No.
10 Q  Okay.  You're starting to answer in the middle
11    of my question, so if you could please try and
12    let me finish my question so the Court Reporter
13    can --
14 A  Okay.
15 Q  -- put your answer in the right spot.
16        Do you know why R.G. G.R. let
17    Stephens go?
18 A  Do I know why?
19 Q  Yes.
20 A  Well, because of the situation with him.  I
21    don't know.  I just know he was gone, so --
22 Q  What do you mean by "the situation"?
23 A  When you say "why."
24 Q  Uh-huh.  Do you know why R.G. G.R. terminated
25    Stephens?

Page 19
1  A  See, that's a difficult question for me to
2    answer.
3  Q  Do you know why?
4  A  Because he was becoming Aimee.  I don't know.
5  Q  So Ms. Stephens did present a letter to you --
6  A  Yes.
7  Q  -- indicating that she was going to start
8    transitioning and presenting consistent with a
9    gender identity --
10 A  Uh-huh, yes.
11 Q  And she was fired shortly after she presented
12    that letter to you?
13 A  Oh, I don't know how long it was.
14 Q  Okay.  But as we established, you didn't have
15    any part of the decision to terminate Ms.
16    Stephens?
17 A  Uh-uh.  No.
18 Q  What's your perception or understanding of R.G.
19    G.R.'s religious environment?
20 A  Religious environment?
21 Q  Are there prayer groups?
22 A  No.
23 Q  Are there Bible studies?
24 A  No.
25 Q  Are there any sort of religious activities that

Page 20
1    occur at R.G. G.R.?
2  A  When we have services.
3  Q  Outside of the funerals --
4  A  No, no.
5  Q  -- that R.G. G.R. does for its employees?
6  A  No.
7  Q  And when you were working with Aimee, did you
8    have -- you observed her interacting with
9    clients and doing her -- her -- performing her
10    job, correct?
11 A  I know him as Anthony.  What do you mean?
12 Q  You observed Ms. Stephens doing her job,
13    correct?
14 A  Yes.
15 Q  Okay.  And she was good with clients?
16 A  As far as I know.
17 Q  Compassionate and sensitive?
18 A  As far as I know.
19 Q  So you never noticed any job performance
20    issues?
21 A  I don't know.  Like I said, I did my job.
22 Q  And you weren't Ms. Stephens' supervisor?
23 A  No.  I have --
24 Q  Okay.
25 A  We worked together at times, but you're asking

Page 21

1 me a question I can't answer.
2 Q Okay. Fair enough. Fair enough.
3      Do you know if Mr. Rost is
4 religious?
5 A I don't know. I'm sure he is.
6 Q Do you know if he attends church?
7 A I'm sure he does.
8 Q Does he ever discuss with you his religiosity?
9 A He doesn't discuss --
10      MR. KIRKPATRICK: Object to the
11 word "religiosity." I don't know even know
12 what it means. So I'm just objecting. And
13 maybe foundation. If you understand what that
14 means.
15      THE WITNESS: See, I'm -- when
16 you're asking me does he go to church, I'm --
17 that's a question that I just --
18 BY MR. SHULTZ:
19 Q Because he's never shared with you whether he
20 goes to church?
21 A Well, he's -- I don't know how you want me to
22 answer that.
23 Q Has he ever discussed his religious beliefs
24 with you?
25 A Not with me. I don't pay attention to that.

Page 22

1 I'm there. I work. I do my job. I don't --
2 Q So Mr. Rost has never discussed his religious
3 beliefs with you?
4 A As far as I know.
5      MR. SHULTZ: Okay. I don't think
6 we have anything further, Joel.
7      MR. KIRKPATRICK: Just a few
8 questions.
9      EXAMINATION
10 BY MR. KIRKPATRICK:
11 Q Mr. Nemeth, Mr. Shultz was asking you questions
12 about why Stephens was fired. Do you remember
13 that just a few minutes ago?
14 A Yeah.
15 Q And he essentially asked you do you know why
16 Stephens was fired; and you said, "I don't
17 know, but because of the situation"; do you
18 remember that?
19 A Uh-huh.
20 Q Were you present when Mr. Rost fired Stephens?
21 A I was not present at --
22 Q So you had no conversations with either Mr.
23 Rost -- or Mr. Rost regarding why --
24 A Right.
25 Q -- Stephens was terminated, right?

Page 23

1 A Right.
2 Q So you have no reason -- you have no knowledge
3 of the specific reason --
4 A No.
5 Q -- that he was fired?
6 A No.
7 Q Okay. Thank you.
8      Now, does the funeral home have
9 scripture references laying around like Daily
10 Breads, that kind of thing?
11 A Oh, yeah, things like that, yes.
12 Q So there are scriptural and religious --
13 A See, I didn't understand. Yes.
14 Q Okay.
15 A In fact, I read that occasionally. It's some
16 people --
17 Q Okay. So the funeral home presents a --
18 A Yes.
19 Q -- kind of Christian, would you say,
20 presentation?
21 A Oh, yes. I'm sorry, I didn't understand --
22 Q Also, he asked you about your $75 clothing
23 allowance.
24 A Uh-huh. Yes.
25 Q Do you use that money to purchase clothes only

Page 24

1 for work; or do you also use that as part of
2 your wardrobe in general?
3 A For my --
4 Q Right.
5 A -- general.
6 Q Okay. Did you ever know if there was a
7 discussion about having an actual uniform for
8 female employees?
9 A Yes, there was at one time.
10 Q And was there a presentation or a proposal, I
11 should say --
12 A Yes.
13 Q -- to have women wear the exact same outfits?
14 A Yes.
15 Q And what happened with that proposal?
16 A Well, I can remember what happened is there was
17 a very nice looking suit and a skirt, and a lot
18 of the people there were different sizes; some
19 were short, they could never wear that kind of
20 an outfit. Some people were on the heavy side.
21 Some were thin, slim and tall. And I guess
22 everybody kind of said "I don't think I can
23 wear that."
24 Q So when you say "everybody" and "people",
25 you're referring to women?

Page 25

1  A   Women, yes.
2  Q   So there was no consensus among the female
3      employees as to what would be an appropriate
4      uniform?
5  A   Right.
6  Q   Was there a decision made to just wear
7      professional business attire?
8  A   Right.
9          MR. KIRKPATRICK: I have no further
10     questions.
11         MR. SHULTZ: I just have a few
12     followup questions, then we'll be done.
13         THE WITNESS: Okay.
14              RE-EXAMINATION
15 BY MR. SHULTZ:
16 Q   R.G. G.R. has funerals for non-Christians,
17     correct?
18 A   Yes.
19 Q   So people of other faiths have services at R.G.
20     G.R.?
21 A   Yes.
22 Q   And the chapel, what we've been calling the
23     chapel, is decorated like a living room,
24     correct?
25 A   (Shook head in an affirmative manner.)

Page 26

1  Q   There aren't any religious ornaments in that
2      chapel?
3  A   Like what do you mean by "religious"?
4  Q   There isn't a crucifix or a cross?
5  A   No. Those are put in for whichever
6      religious -- like they have --
7  Q   So there are no permanent religious --
8  A   No.
9  Q   -- fixtures in the chapel?
10 A   No.
11 Q   Beyond the Daily Bread, can you think of any
12     other --
13 A   We have a Bible. I'm trying to think now. I
14     know there's a Bible there. There's different
15     pamphlets. Not -- I mean, different pamphlets
16     for -- they're on display.
17 Q   Different pamphlets on grief?
18 A   Grief counseling and different --
19 Q   Do you remember any specific pamphlets
20     regarding Christianity or --
21 A   Not -- not right now I can't --
22 Q   And is the Bible for employees' use or --
23 A   Whoever.
24 Q   For client's use?
25 A   For whoever is out there.

Page 27

1  Q   Has Mr. Rost ever led a discussion regarding
2      the Bible?
3  A   I have not talked to him about it.
4  Q   Has Mr. Rost ever encouraged you to read the
5      Daily Bread?
6  A   Well, he brings them in and he knows we read
7      them. A lot of people read them.
8  Q   So he brings them in, drops them off?
9  A   Uh-huh. We always have them.
10 Q   Has he ever led a discussion on the contents of
11     the Daily Bread?
12 A   No. No.
13 Q   And where is the Bible located?
14 A   It's on a table in the middle of the -- like
15     not when you walk in, but another section where
16     people can go and sit, there's a couple chairs
17     there.
18 Q   It's like a client conference room?
19 A   Not a conference room. It's just part of the
20     chapel.
21 Q   Okay. But in a public area?
22 A   Oh, yes.
23 Q   And where are the pamphlets located?
24 A   On the credenza right in the front of -- where
25     you walk in.

Page 28

1  Q   So right by the main entrance?
2  A   Yes.
3          MR. SHULTZ: I don't have anything
4      further.
5          THE WITNESS: Thank you.
6          MR. KIRKPATRICK: I think we're
7      good.
8          (The deposition of Delores Nemeth
9      concluded at or about the hour of 9:57 a.m.)

[11/13/2015] Delores Nemeth                                Pages 25 - 28