12/21/2015  11:33    3135213711          HARRIS FH & CEM                    PAGE  01/18
M.G. & G.R. HARRIS FUNERAL HOMES, INC.                                              29523

| ACCOUNT NO. | | VENDOR 31005  Linda D'Achille | | | CHECK NO  929523 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 52066 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | | .00 |
| | | | | CHECK TOTAL | | 75.00 |

29523

R.G. & G.R.
Harris
FUNERAL HOMES
Under the personal direction of the York Family since 1910

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| | 01/05/15 | *1655 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS***********************

CHECK AMOUNT

$***********75.00

TO THE
ORDER
OF          Linda D'Achille

R.C. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:33    3135213711          HARRIS FH & CEM                        PAGE  02/18
R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                              29522

| ACCOUNT NO. | | VENDOR *1654 | Denise Coleman | | CHECK NO.  029522 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 52065 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | | .00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | CHECK TOTAL | | 75.00 |

R.G. & G.R.
Harris
FUNERAL HOMES
Under the personal direction of the Harris Family comp 1917

BUSINESS OFFICE: 15031 MARKER Ave.,
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
6-6-720

29522

| | CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|---|
| | | 01/05/15 | *1654 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS**********************

CHECK AMOUNT
$**********75.00

TO THE
ORDER
OF

Denise Coleman

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:33   3135213711          HARRIS FH & CSM              PAGE  03/18
R.G. & G.H. HARRIS FUNERAL HOMES, INC.                               29521

| ACCOUNT NO. | | VENDOR #1653 | Pamela Cottrell | | CHECK NO. 029521 |
|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 52063 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | .00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | CHECK TOTAL | 75.00 |

---

R.G. & G.H.
**Harris**
FUNERAL HOMES
Under the personal direction of the Harris Family since 1910

BUSINESS OFFICE: 15251 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29521

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 01/05/15 | *1653 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*******************

CHECK AMOUNT
$************75.00

TO THE
ORDER
OF          Pamela Cottrell

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:33   3135213711                HARRIS FH & CSM                          PAGE  04/18
R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                                       29520

| ACCOUNT NO. | | VENDOR | | | | CHECK NO. |
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| | | *1650 | Marie Jones | | | 029520 |
| 52062 | CLOTHING ALLOW | 1/05/15 | 150.00 | 150.00 | | .00 |
| | | | | | CHECK TOTAL | 150.00 |

R.G. & G.R.

*Harris*
FUNERAL HOMES
Under the personal direction of the Harris Family since 1910

BUSINESS OFFICE: 16251 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29520

| CHECK NO. | CHECK DATE | VENDOR NO. |
| 01/05/15 | *1650 | |

PAY   ONE HUNDRED FIFTY AND 00/100 DOLLARS*****************

CHECK AMOUNT
$***********150.00

TO THE
ORDER
OF          Marie Jones

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

| | | | | | Amount |
|---|---|---|---|---|---|
| 1/22/12 | DELTA AIR LINES  ATLANTA | | | | $630.40 |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | N/A | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 0060546590168 | | Date of Departure: 12/31 | | |
| | Passenger Name: ROST/THOMAS FREDRICK | | | | |
| | Document Type: ADDITIONAL COLLECTION | | | | |
| 1/22/12 | JOE MUER'S SEAFOOD ODETROIT      MI | | | | $385.42 |
| | 3135676839 | | | | |
| | FOOD/BEVERAGE | $325.42 | | | |
| | TIP | $60.00 | | | |
| 1/22/12 | RENAISANCE CENTER PADETROIT      MI | | | | $10.00 |
| | PARKING LOT & GARAGE | | | | |
| 1/23/12 | SAM MICHAELS MENSWEAFARMINGTON HILL  MI | | | | $583.00 |
| | 2484774615 | | | | |
| | Description | Price | | | |
| | APPAREL/ACCESSORY 5 | $583.00 | | | |
| 1/24/12 | RUSTY BUCKET 13 RUSTBLOOMFIELD HILLS  MI | | | | $90.71 |
| | BLOOMFIELD HILLS 42874 WO | | | | |
| | FOOD/BEVERAGE | $78.71 | | | |
| | TIP | $12.00 | | | |

12/21/2015  11:33    3135213711                    HARRIS FH & CSM              PAGE  06/18

| 6/13 | SAM MICHAELS TAILOR/FARMINGTON HIL  MI | | 6032 | $636.00 |
| | MEN'S CLOTHING | | | |
| 6/13 | BRANCH TREE SERVICE WARREN    MI | | 6013 | $495.90 |
| | LANDSCAPE/HORTICULTUR | | | |
| 6/13 | BRANCH TREE SERVICE WARREN    MI | | 6013 | $454.50 |
| | LANDSCAPE/HORTICULTUR | | | |

Continued on next page

02/11/08

SAM MICHAELS TAILOR/FARMINGTON HILL "M

MEN'S CLOTHING

6032

$291.50

12/21/2015  11:33    3135213711            HARRIS FH & CSM                    PAGE  08/18

Detail

**THOMAS F ROST**
Card Ending 1-51000

| Date | Description | | Foreign Spend | Amount |
|------|-------------|--|---------------|--------|
| 04/24/13 | EDDIE MERLOT'S BLOOMBLOOMFIELD    MI<br>2604340055 | | *6026* | $252.39 |
| 04/24/13 | SAM MICHAELS TAILORIFARMINGTON HIL    MI<br>MEN'S CLOTHING | | *6032* | $583.00 |
| 04/25/13 | ENGLISH GARDENS 0000WEST BLOOMFIE    MI<br>8003354769<br>Description<br>GENERAL MERCHANDISE | | *6013* | $425.42 |

Continued on reverse

12/21/2015  11:33     3135213711          HARRIS FH & CSM              PAGE  09/18

| THOMAS F ROST | Account Ending 1-52008 | p. 4/18 |

**Detail Continued**

| | | | | Amount |
|---|---|---|---|---|
| 07/26/13 | SAM MICHAELS TAILORIFARMINGTON HIL   MI | | 6032 | $585.12 |
| | 2484774615 | | | |
| 07/26/13 | CHANDLER'S 080072203PETOSKEY          MI | | 6026 | $271.15 |
| | 2313472438 | | | |
| | FOOD/BEVERAGE | $241.15 | DAC | |
| | TIP | $30.00 | | |
| 07/26/13 | CHARLEVOIX COUNTRYCLCHARLEVOIX        MI | | 6026 | $164.00 |
| | 2315479796 | | | |
| | Description | Price | | |
| | MEMBERSHIP CLUB | $164.00 | | |
| 07/27/13 | GOOGLE ADWS725789577Mountain View | | 6055 | $500.00 |
| | ADVERTISING SERVICE | | | |

12/21/2015  11:33    3135213711              HARRIS FH & CSM                    PAGE  10/18

| Description FOOD/BEVERAGE | | | |
|---|---|---|---|
| 09/30/13 | WWJ-AM/WXYT-AM   248-455-7278   MI<br>248-455-7278 | Adv. 00655 | $600.00 |
| 09/30/13 | SAM MICHAELS TAILOR/FARMINGTON HIL   MI<br>2484774515 | Suit 6037 | $593.00 |
| 09/30/13 | ROADSIDE B & G   BLOOMFIELD TO   MI<br>248-858-7270<br>FOOD                                  $90.63<br>TIP                                    $15.00 | 0026 | $105.63 |
| 10/01/13 | CVS 8132 03132  BLOOMFIELD HILLS   MI<br>DRUG STORE/PHARMACY | Med. 6044 | $3.91 |

Continued on next page

HARRIS FUNERAL HOMES  BATES  153



HARRIS FUNERAL HOMES  BATES  154

12/21/2015  11:33    3135213711                    HARRIS FH & CSM                      PAGE  12/18

THOMAS F ROST                          Account Ending 1-52008                           p. 6/13

**Detail Continued**

| Date | Description | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| 12/17/13 | SAM MICHAELS TAILOR FARMINGTON HIL   MI<br>2484774615 | | | 6032 | | $583.00 |
| 12/17/13 | THE LARK   248-661-4466<br>USFC48322 | | | 6026 | | $543.10 |
| 12/18/13 | GOOGLE*ADW5725789577 Mountain View<br>ADVERTISING SERVICE | | | 6055 | | $500.00 |
| 12/18/13 | BARNES & NOBLE 2629 WEST BLOOMFIELD   MI<br>BOOK STORE | | | 6030 | | $53.33 |
| 12/19/13 | CMS MEDICARE SERVICE 8006334227<br>376463670T 1213 21224<br>MEDICARE BILLING | | | 6046 | | $54.10 |
| 12/20/13 | SAM MICHAELS TAILOR FARMINGTON HIL   MI<br>2484774615 | | | 6032 | | $207.00 |
| 12/21/13 | CVS 8132 08132   BLOOMFIELD HILLS   MI<br>DRUG STORE/PHARMACY | | | 6046 | | $17.13 |
| 12/21/13 | AUTO EUROPE US   TRAVEL BROKE<br>U4040736-1 04102<br>AUTO RENTAL | | | 6052 | | $527.45 |
| 12/23/13 | THE CAPITAL GRILLE 8 TROY   MI<br>2486495300<br>FOOD/BEVERAGE<br>TIP | $272.42<br>$35.00 | | 6026 | | $307.42 |
| 12/23/13 | DAVID G BANDS DDS PC 248-647-5434<br>248-647-5434 | | | 6046 | | $97.00 |
| 12/24/13 | MARATHON PETROLEUM CHOL LAND   MI<br>AUTO FUEL DISPENSER | | | 6052 | | $42.56 |
| 12/24/13 | PANERA BREAD #601632 SOUTHFIELD   MI<br>9999999999 | | | 6026 | | $16.26 |
| 12/24/13 | PLUM MARKET - BLOO 5 BLOOMFIELD TO   MI<br>2485942555<br>Description              Price<br>GROCERY STORES, SUP    $113.44 | | | 6026 | | $113.44 |

THOMAS F FROST

**Account Ending 1-52008**

p. 6/12

**Detail Continued**

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 08/11/14 | ROADSIDE B&G   BLOOMFIELD TO   MI | | | $110.40 |
| | 248-858-7270 | | | |
| | FOOD | $95.40 | | |
| | TIP | $15.00 | | |
| 08/12/14 | CAFE VIA   BIRMINGHAM   MI | | | $173.40 |
| | 248-644-8800 | | | |
| 08/13/14 | NEW BIZTERM   7324970720   NJ | | | $25.00 |
| | COMPUTER NETWORK INFO | | | |
| | Description | | | |
| | WEB HOSTING AND DES | | | |
| 08/13/14 | JAX KAR WASH 8   SOUTHFIELD   MI | | | $11.00 |
| | 248-353-4224 | | | |
| | Description | | | |
| | CAR WASH | | | |
| 08/15/14 | SAM MICHAELS TAILOR FARMINGTON HIL   MI | | | $291.00 |
| | 248-473-6615 | | | |
| 08/19/14 | SAM MICHAELS TAILOR FARMINGTON HIL   MI | | | $391.00 |
| | 248-473-6615 | | | |

HARRIS FUNERAL HOMES  BATES  156

| | | | | |
|---|---|---|---|---|
| 02/13/14 | SAM MICHAELS TAILORIFARMINGTON HIL MI<br>2484774615 | | 6032 | $531.91 |
| 02/13/14 | PIKAYO RESTAURANT SAN JUAN FL<br>7877511124<br>FOOD/BEVERAGE<br>TIP | <br><br>$322.07<br>$50.00 | 6026 | $372.07 |
| 02/14/14 | ETERNAL LOBBY LOUNGESAN JUAN PR<br>7875657711 | | 6026 | $27.00 |
| 02/15/14 | DUFRY P.R. NEWSSTANDCAROLINA PR<br>COSMETIC STORE | | | $7.34 |
| 02/16/14 | CARIBE HILTON 209684SAN JUAN PR<br>Arrival Date<br>02/12/14<br>00000000<br>LODGING | <br>Departure Date<br>02/15/14 | | $1,937.62 |
| 02/16/14 | EDDIE MERLOT'S BLOOMBLOOMFIELD MI<br>2684340055 | | | $76.58 |
| 02/16/14 | SPRINT BY SOLUTIONS 248-682-1900<br>USFC48302 | | 6030 | $37.09 |
| 02/16/14 | STEVE S DELI 248-932-0800<br>USFC48301 | | 6026 | $31.59 |
| 02/17/14 | COND VANDERBILT HOTESAN JUAN PR<br>RESTAURANT<br>TIP | <br><br>$6.00 | | $47.73 |
| 02/17/14 | COND VANDERBILT HOTESAN JUAN PR<br>RESTAURANT<br>TIP | <br><br>$71.00 | | $515.05 |

Continued on next page

12/21/2015 11:33 3135213711 HARRIS FH & CEM PAGE 15/18

THOMAS F ROST

## Detail Continued

Account Ending 1-52008

p. 6/12

| Date | Description | Foreign Spend | Amount |
|---|---|---|---|
| 07/11/14 | MC PETRO 9134 DETROIT MI<br>313-371-4777<br>Description<br>Unleaded Regular | | $51.38 |
| 07/11/14 | AUTO EUROPE US TRAVEL BROKE<br>14238741-104102<br>AUTO RENTAL | 6027 | $2,649.50 |
| 07/12/14 | DAVID'S NEW YORK DELI/LIVONIA MI<br>734-425-8170<br>Description<br>FAST FOOD RESTAURAN | 6026 | $7.67 |
| 07/12/14 | SAM MICHAELS TAILOR/FARMINGTON HL MI<br>MEN'S CLOTHING | 6053 | $291.00 |

HARRIS FUNERAL HOMES BATES 158

5008 MICHAELS TAILORIFARMINGTON HIL   MI
MEN'S CLOTHING
$291.00

06/10/14
DAIRY QUEEN #43305 0BLOOMFIELD   MI
248-802-9771
Description
FAST FOOD RESTAURAN
$14.06

06/10/14
EXXONMOBIL   FOWLERVILLE   MI
517-223-7400
Description
GAS/SERVICES
$59.05

Continued on reverse

C2873 NDGAXA50  0037C      (000)

HARRIS FUNERAL HOMES  BATES  159

12/21/2015  11:33   3135213711                    HARRIS FH & CSM                    PAGE  17/18

| 01/15/15 | SAM MICHAELS TAILORIFARMINGTON HIL   MI | 6032 | $583.00 |
|          | MEN'S CLOTHING |  |  |
| 01/15/15 | SAM MICHAELS TAILORIFARMINGTON HIL   MI | 6032 | $583.00 |
|          | MEN'S CLOTHING |  |  |

12/21/2015  11:33    3135213711

HARRIS FH & CSM

| 06/17/15 | SAM MICHAELS TAILOR1FARMINGTON HIL   MI | | 6037 | $291.50 |
| | 2484774615 | | | |



12/21/2015  11:19     3135213711                    HARRIS FH & CSM                          PAGE  01/22

R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                                          29494

| ACCOUNT NO. | | VENDOR #166 Michelle/Peterson | | | CHECK NO. 029494 | |
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 51839 | CLOTHING | 10/15/14 | 75.00 | 75.00 | .00 |
| | | | | | |
| | | | | CHECK TOTAL | 75.00 |

R.G. & G.R.  *Harris* FUNERAL HOMES   BUSINESS OFFICE: 15251 HARPER AVE. DETROIT, MICHIGAN 48224   *Under the personal direction of the Harris Family since 1910*

COMERICA BANK.
DETROIT, MICHIGAN
9-9-720

29494

| CHECK NO. | CHECK DATE | VENDOR NO. |
| | 10/15/14 | *1661 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS********************

CHECK AMOUNT

$***********75.00

TO THE
ORDER
OF

Michelle Peterson

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

1 of 40.

866-241-4152

12/21/2015  11:19   3135213711   HARRIS FH & CSM   PAGE  02/22

H.G. & G.R. HARRIS FUNERAL HOMES, INC.   2949 r

| ACCOUNT NO. | | VENDOR 1027 Wendy McKie | | | CHECK NO. 029497 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| 51827 | CLOTHING | 10/15/14 | 150.00 | 150.00 | .00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | CHECK TOTAL | 150.00 | |

R.G. & G.R.

*Harris*
FUNERAL HOMES
BUSINESS OFFICE: 15231 HARPER AVE.
DETROIT, MICHIGAN 48224
Under the personal direction of the Harris Family since 1910

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29497

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| | 10/15/14 | 1027 |

PAY

ONE HUNDRED FIFTY AND 00/100 DOLLARS***************

CHECK AMOUNT
$***********150.00

TO THE
ORDER
OF

Wendy McKie
19521 12 Mile Road

Roseville      MI 48066

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19   3135213711          HARRIS FH & CSM              PAGE  03/22
R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                      29496

| ACCOUNT NO. | | VENDOR 918 | Susan Harrison | | CHECK NO. 029496 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| 51831 | CLOTHING | 10/15/14 | 150.00 | 150.00 | .00 | |
| | | | | | | |
| | | | | | | |
| | | | | CHECK TOTAL | 150.00 | |

---

**R.G. & G.R. Harris FUNERAL HOMES**
BUSINESS OFFICE: 15261 HARPER AVE.
DETROIT, MICHIGAN 48224
· Under the personal direction of the Harris Family since 1910 ·

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29496

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/15/14 | 918 |

PAY

ONE HUNDRED FIFTY AND 00/100 DOLLARS****************

CHECK AMOUNT

$***********150.00

TO THE
ORDER
OF        Susan Harrison

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

HARRIS FUNERAL HOMES  BATES  164

12/21/2015  11:19     3135213711

R.G. & G.R. HARRIS FUNERAL HOMES, INC.          HARRIS FH & CSM          PAGE 04/22
                                                                          29493

| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---------|----------------|--------------|----------------|-------------|----------------|
| ACCOUNT NO. | | VENDOR #1660  Dolores Nemeth | | | CHECK NO. 029493 |
| 51838 | CLOTHING | 10/15/14 | 75.00 | 75.00 | .00 |

|  |  |
|--|--|
| CHECK TOTAL | 75.00 |

---

R.G. & G.R.
*Harris*
FUNERAL HOMES
Under the personal direction of the Harris Family since 1910

BUSINESS OFFICE: 15201 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29493

| CHECK NO. | CHECK DATE | VENDOR NO. |
|-----------|------------|------------|
|  | 10/15/14 | *1660 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*********************

CHECK AMOUNT
$************75.00

TO THE
ORDER
OF          Dolores Nemeth

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19      3135213711              HARRIS FH & CSM                        PAGE  05/22
R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                                     29492

| ACCOUNT NO. | | VENDOR #1659 | Sharon Hassett | | CHECK NO. 029492 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| 51837 | CLOTHING | 10/15/14 | 75.00 | 75.00 | .00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | 75.00 | |
| | | | | CHECK TOTAL | | |

R.G. & G.R.
**Harris**
FUNERAL HOMES
Under the personal direction of the Harris Family since 1910

BUSINESS OFFICE: 15251 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29492

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/15/14 | *1659 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*********************

CHECK AMOUNT

$**********75.00

TO THE
ORDER
OF

Sharon Hassett

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19    3135213711                HARRIS FH & CSM                        PAGE  06/22

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**                                                          29491

| ACCOUNT NO. | | VENDOR #1658 | Tia Macklin | | CHECK NO. 029491 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| 51833 | CLOTHING | 10/15/14 | 75.00 | 75.00 | .00 | |
| | | | | | | |
| | | | | CHECK TOTAL | 75.00 | |

---

R.R. 4 0 2.

*Harris*
FUNERAL HOMES                BUSINESS OFFICE: 15251 HARPER AVE.
                             DETROIT, MICHIGAN 48224
Under the personal direction of the Harris Family since 1910

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29491

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/15/14 | *1658 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*******************

CHECK AMOUNT

$************75.00

TO THE
ORDER
OF        Tia Macklin

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015 11:19 3135213711 HARRIS FH & CSM PAGE 07/22

29490

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**

| ACCOUNT NO. | | VENDOR *1657 Dolores Smith | | | CHECK NO. 029490 |
|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 51832 | CLOTHING | 10/15/14 | 75.00 | 75.00 | .00 |
| | | | | CHECK TOTAL | 75.00 |

29490

R.G. & G.R. Harris FUNERAL HOMES

BUSINESS OFFICE: 15251 HARPER AVE. DETROIT, MICHIGAN 48224

*Under the personal direction of the Harris Family since 1910*

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/15/14 | *1657 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*******************

CHECK AMOUNT

$***********75.00

TO THE ORDER OF Dolores Smith

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

[redacted]

HARRIS FUNERAL HOMES BATES 168

12/21/2015 11:19    3135213711          HARRIS FH & CSM                    PAGE  08/22
R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                            29489

| ACCOUNT NO. | | VENDOR *1656   Pamela Ploski | | | | CHECK NO.   029489 |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 51834 | CLOTHING | 10/15/14 | 75.00 | 75.00 | | .00 |
| | | | | | | |
| | | | | CHECK TOTAL | | 75.00 |

R.G. & G.R.
*Harris*
FUNERAL HOMES
*Under the personal direction of the Harris Family since 1910*

BUSINESS OFFICE: 15251 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29489

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/15/14 | *1656 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*********************

CHECK AMOUNT
$***********75.00

TO THE
ORDER
OF        Pamela Ploski

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19    3135213711                    HARRIS FH & CSM                      PAGE  09/22
R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                                       29488

| ACCOUNT NO. | | VENDOR *1655  Linda D'Achille | | | CHECK NO.  029488 | |
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 51835 | CLOTHING | 10/15/14 | 75.00 | 75.00 | | .00 |
| | | | | | | |
| | | | | CHECK TOTAL | | 75.00 |

R.G. & G.R.
Harris
FUNERAL HOMES          BUSINESS OFFICE: 15261 HARPER AVE.        COMERICA BANK                          29488
Under the personal direction of the Harris Family since 1910   DETROIT, MICHIGAN 48224                DETROIT, MICHIGAN
                                                               9-9-720

| | CHECK NO. | CHECK DATE | VENDOR NO. |
| PAY | | 10/15/14 | *1655 |

SEVENTY-FIVE AND 00/100 DOLLARS********************

                                                               CHECK AMOUNT

                                                               $***********75.00

TO THE
ORDER      Linda D'Achille
OF

                                              R.G. & G.R. HARRIS FUNERAL HOMES, INC.

                                              NOT NEGOTIABLE

12/21/2015  11:19     3135213711

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**          HARRIS FH & CSM                    PAGE  10/22

| ACCOUNT NO. | | VENDOR *1654   Denise Coleman | | | CHECK NO. 029487 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 51836 | CLOTHING | 10/15/14 | 75.00 | 75.00 | | .00 |
| | | | | | CHECK TOTAL | 75.00 |

*Harris* FUNERAL HOMES
BUSINESS OFFICE: 15261 HARPER AVE
DETROIT, MICHIGAN 48224
Under the personal direction of the Harris Family since 1910.

**COMERICA BANK**
DETROIT, MICHIGAN
9-9-720

29487

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/15/14 | *1654 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*********************

CHECK AMOUNT

$***********75.00

TO THE
ORDER
OF          Denise Coleman

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19    3135213711          HARRIS FH & CSM                    PAGE  11/22

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**                                  29486

| ACCOUNT NO. | | VENDOR #1653  Pamela Cottrell | | | CHECK NO.  029486 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 51829 | CLOTHING | 10/15/14 | 75.00 | 75.00 | | .00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | CHECK TOTAL | | | 75.00 |

---

**R.G. & G.R.**
*Harris*
FUNERAL HOMES
*Under the personal direction of the Harris Family since 1910*

BUSINESS OFFICE: 16281 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-8-720

29486

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/15/14 | *1653 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS********************

CHECK AMOUNT

$************75.00

TO THE
ORDER
OF        Pamela Cottrell

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19   3135213711                HARRIS FH & CSM                    PAGE  12/22

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**                                                29485

| ACCOUNT NO. | | VENDOR #1651   Janet Knoll | | | CHECK NO.  029485 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 51836 | CLOTHING | 10/15/14 | 75.00 | 75.00 | | .00 |
| | | | | | | |
| | | | | CHECK TOTAL | | 75.00 |

---

R.G. & G.R.   **Harris**   BUSINESS OFFICE: 15951 HARPER AVE          COMERICA BANK                                  29485
            FUNERAL HOMES   DETROIT, MICHIGAN 48224          DETROIT, MICHIGAN
            Under the personal attention of the Harris Family since 1910          9-9-720

|  | CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|---|
| PAY | | 10/15/14 | #1651 |

SEVENTY-FIVE AND 00/100 DOLLARS*********************

CHECK AMOUNT

$************75.00

TO THE
ORDER    Janet Knoll
OF

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

**NOT NEGOTIABLE**

12/21/2015  11:19   3135213711

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**                HARRIS FH & CSM

PAGE  13/22
29484

| ACCOUNT NO. | | VENDOR | | | CHECK NO. | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| | | *1650 | Marie Jones | | 029484 | |
| 51828 | CLOTHING | 10/15/14 | 150.00 | 150.00 | .00 | |
| | | | | CHECK TOTAL | 150.00 | |

R.G. & G.R.
*Harris*
FUNERAL HOMES
"Under the personal direction of the Harris Family since 1910"

BUSINESS OFFICE: 16251 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-0-720

29484

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/15/14 | *1650 |

PAY

ONE HUNDRED FIFTY AND 00/100 DOLLARS****************

CHECK AMOUNT

$***********150.00

TO THE
ORDER
OF      Marie Jones

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

**NOT NEGOTIABLE**

12/21/2015 11:19 3135213711     HARRIS FH & CSM     PAGE 14/22

R.G. & G.R. HARRIS FUNERAL HOMES, INC.     29532

| ACCOUNT NO. | VENDOR 1027 | Wendy McKie | | CHECK NO. 029532 | |
|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 52060 | CLOTHING ALLOW | 1/05/15 | 150.00 | 150.00 | .00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | CHECK TOTAL | 150.00 |

R.G. & G.R. *Harris* FUNERAL HOMES
Under the personal direction of the Harris Family since 1910.

BUSINESS OFFICE: 15261 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29532

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 01/05/15 | 1027 |

PAY     ONE HUNDRED FIFTY AND 00/100 DOLLARS****************

CHECK AMOUNT
$**********150.00

TO THE
ORDER
OF

Wendy McKie
19521 12 Mile Road

Roseville     MI 48066

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015   11:19     3135213711          HARRIS FH & CSM                    PAGE  15/22

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**                                        29531

| ACCOUNT NO. | | VENDOR 918 | Susan Harrison | | CHECK NO. 029531 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 52064 | CLOTHING ALLOW | 1705/15 | 150.00 | 150.00 | | .00 |
| | | | | | | |
| | | | | CHECK TOTAL | | 150.00 |

---

R.G. & G.R.  **Harris**  BUSINESS OFFICE: 15201 HARPER AVE.       COMERICA BANK                    29531
FUNERAL HOMES  DETROIT, MICHIGAN 48224       DETROIT, MICHIGAN
Under the personal direction of the Harris Family since 1910       9-9-720

| | CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|---|
| | | 01/05/15 | 918 |

PAY

ONE HUNDRED FIFTY AND 00/100 DOLLARS****************

CHECK AMOUNT

$**********150.00

TO THE
ORDER
OF          Susan Harrison

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19     3135213711          HARRIS FH & CSM                    PAGE  16/22

R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                            29530

| ACCOUNT NO. | | VENDOR 300 | Shannon Kish | | CHECK NO. 029530 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| 52061 | CLOTHING ALLOW | 1/05/15 | 150.00 | 150.00 | .00 | |
| | | | | | | |
| | | | | CHECK TOTAL | 150,00 | |

R.G. & G.R.

**Harris** BUSINESS OFFICE: 15201 HARPER AVE.
FUNERAL HOMES   DETROIT, MICHIGAN 48224
Under the personal direction of the Harris Family since 1910

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29530

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 01/05/15 | 300 |

PAY

ONE HUNDRED FIFTY AND 00/100 DOLLARS***************

CHECK AMOUNT

$**********150.00

TO THE
ORDER
OF        Shannon Kish

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19    3135213711                    HARRIS FH & CSM                        PAGE  17/22
R.G. & G.R. HARRIS FUNERAL HOMES, INC.

| ACCOUNT NO. | | VENDOR *1661 | Michelle Peterson | | CHECK NO. 029529 | |
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| 52072 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | .00 | |
| | | | | | | |
| | | | | CHECK TOTAL | 75.00 |

R.G. & G.R.
**Harris**
FUNERAL HOMES
Under the personal direction of the Harris Family since 1910

BUSINESS OFFICE: 15331 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29529

| CHECK NO. | CHECK DATE | VENDOR NO. |
| | 01/05/15 | *1661 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*********************

CHECK AMOUNT

$************75.00

TO THE
ORDER
OF

Michelle Peterson

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19   3135213711                    HARRIS FH & CSM                    PAGE  18/22

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**                                            29528

| ACCOUNT NO. | | VENDOR #1660  Dolores Nemeth | | | CHECK NO.  029528 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 52071 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | | .00 |
| | | | | CHECK TOTAL | | 75.00 |

---

R.G. & G.R.

*Harris*
FUNERAL HOMES
Under the personal direction of the Harris Family since 1910

BUSINESS OFFICE: 15251 HARPER AVE
DETROIT, MICHIGAN #8224

COMERICA BANK
DETROIT, MICHIGAN
9-0-720

29528

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 01/05/15 | *1660 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS**********************

CHECK AMOUNT

$***********75.00

TO THE
ORDER
OF

Dolores Nemeth

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19    3135213711                 HARRIS FH & CSM                          PAGE   19/22
R.G. & G.R. HARRIS FUNERAL HOMES, INC.                                                          29527

| ACCOUNT NO. | | VENDOR *1659 | Sharon Hassett | | | CHECK NO.   029527 |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 52076 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | | .00 |
| | | | | | CHECK TOTAL | 75.00 |

R.G. & G.R.
*Harris*
FUNERAL HOMES
Under the personal direction of the Harris Family since 1910
BUSINESS OFFICE: 15051 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29527

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 01/05/15 | *1659 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS********************

CHECK AMOUNT

$************75.00

TO THE
ORDER
OF        Sharon Hassett

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.** 29526

| ACCOUNT NO. | | VENDOR *1658 | Tia Macklin | CHECK NO. 029526 | |
|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 52069 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | .00 |
| | | | | CHECK TOTAL | 75.00 |

R.G. & G.R. Harris FUNERAL HOMES
BUSINESS OFFICE: 16251 HARPER AVE. DETROIT, MICHIGAN 48224
*Under the personal direction of the Harris Family since 1910*

COMERICA BANK
DETROIT, MICHIGAN
9-8-720

29526

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 01/05/15 | *1658 |

PAY SEVENTY-FIVE AND 00/100 DOLLARS*******************

CHECK AMOUNT
$***********75.00

TO THE ORDER OF Tia Macklin

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

[redacted]

12/21/2015  11:19    3135213711                HARRIS FH & CSM                      PAGE  21/22

H.G. & G.R. HARRIS FUNERAL HOMES, INC.

| ACCOUNT NO. | | VENDOR *1657  Dolores Smith | | | CHECK NO.  029525 |
|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 52068 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | .00 |
| | | | | CHECK TOTAL | 75.00 |

R.G. & G.R.
*Harris*
FUNERAL HOMES
*Under the personal direction of the Harris Family since 1910*

BUSINESS OFFICE: 15951 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

**29525**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 01/05/15 | *1657 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS*********************

CHECK AMOUNT
$***********75.00

TO THE
ORDER
OF          Dolores Smith

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

12/21/2015  11:19    3135213711                    HARRIS FH & CSM                        PAGE  22/22

**R.G. & G.R. HARRIS FUNERAL HOMES, INC.**                                                      29524

| ACCOUNT NO. | | VENDOR #1656  Pamela Ploski | | | CHECK NO. 029524 | |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 52067 | CLOTHING ALLOW | 1/05/15 | 75.00 | 75.00 | | .00 |
| | | | | CHECK TOTAL | | 75.00 |

---

R.G. & G.R.
*Harris*
FUNERAL HOMES
Under the personal direction of the Harris Family since 1910 .      BUSINESS OFFICE: 18251 HARPER AVE.
DETROIT, MICHIGAN 48224

COMERICA BANK
DETROIT, MICHIGAN
9-9-720

29524

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 01/05/15 | *1656 |

PAY

SEVENTY-FIVE AND 00/100 DOLLARS********************

CHECK AMOUNT
$***********75.00

TO THE
ORDER
OF          Pamela Ploski

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

NOT NEGOTIABLE

HARRIS FUNERAL HOMES  BATES  183