UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Equal Employment Opportunity
Commission,

                      Plaintiff(s),

v.                                                  Case No. 2:14–cv–13710–SFC–DRG
                                                          Hon. Sean F. Cox

R.G. &. G.R. Harris Funeral
Homes, Inc.,

                      Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 252.  The following motion(s) are *rescheduled* for hearing:

        Motion for Summary Judgment – #51
        Motion for Summary Judgment – #54

- MOTION HEARING:  August 11, 2016 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/J. McCoy
                                                                 Case Manager

Dated:  April 19, 2016