IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R.G. & G.R. HARRIS FUNERAL ) <br> HOMES, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 2:14-CV-13710 <br> Hon. Sean F. Cox <br> Magistrate Judge <br> David R. Grand |

**Plaintiff's Reply to Defendant's Counter Statement of Material Facts Not in Dispute**

<u>Termination Claim</u>

9. Defendant is correct that Stephens worked for two weeks following her presentation of the letter to Rost, and that she intended to begin her vacation on August 15, 2013.

                                      Respectfully submitted,

                                      EQUAL EMPLOYMENT
                                      OPPORTUNITY COMMISSION

Dated: May 19, 2016          s/ Dale Price
                                      DALE PRICE (P55578)
                                      Trial Attorney

                                      DETROIT FILED OFFICE
                                      Patrick V. McNamara

        477 Michigan Ave., Room 865
        Detroit, MI 48226
        Dale.Price@EEOC.GOV
        Tel No. (313) 226-7808
        Fax No. (313)226-6584

## Certificate of Service

I hereby certify that on May 19, 2016, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all record attorneys.

        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION

Dated: May 19, 2016        s/ Dale Price
        DALE PRICE (P55578)
        Trial Attorney