UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Equal Employment Opportunity
Commission,

    Plaintiff,

v.                                                                         Case No. 14-13710

R.G. & G.R. Harris Funeral Homes,                  Sean F. Cox
Inc.,                                                                   United States District Court Judge

    Defendant.
_____/

## JUDGMENT

For the reasons set forth in an Opinion & Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that: 1) Defendant is entitled to summary judgment in its favor as to Plaintiff's wrongful termination claim and that claim is **DISMISSED**; and 2) Plaintiff's clothing allowance claim is **DISMISSED WITHOUT PREJUDICE.**

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: August 18, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 18, 2016, by electronic and/or ordinary mail.

                                                S/Shawna C. Burns
                                                Case Manager Generalist