IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:14-CV-13710 |
| v. | ) ) | Hon. Sean F. Cox |
| R.G. & G.R. HARRIS FUNERAL HOMES INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

| | |
|---|---|
| KENNETH BIRD | JOEL J. KIRKPATRICK |
| DALE PRICE (P55578) | JOEL J. KIRKPATRICK, P.C. |
| EQUAL EMPLOYMENT | Attorney for Defendant |
| OPPORTUNITY COMMISSION | 843 Penniman Ave. Ste. 201 |
| Attorneys for Plaintiff | Plymouth, MI 48170 |
| 477 Michigan Ave., Room 865 | (734) 404-5170 |
| Detroit, MI 48226 | Joel@JoelKirkpatrick.com |
| (313) 226-7808 | |
| dale.price@eeoc.gov | |

## NOTICE OF APPEAL

Notice is given that Plaintiff Equal Employment Opportunity

Commission (EEOC) appeals to the United States Court of Appeals for

the Sixth Circuit from the Amended Opinion and Order dismissing the

EEOC's Complaint in Part on April 23, 2015 and the final judgment

(granting summary judgment to Defendant) entered on August 18, 2016.

KENNETH BIRD
Acting Regional Attorney


BY:___/s/_/Dale Price_____
   DALE PRICE (P55578)
Trial Attorney for Equal Employment
Opportunity Commission
(313) 226-7808

Dated:      August 18, 2016


## Certificate of Service

I hereby certify that on October 13, 2016, I electronically filed the forgoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all record attorneys.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: October 13, 2016      s/ Dale Price
                             DALE PRICE (P55578)
                             Trial Attorney