# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 08, 2018

Mr. David J. Weaver

Re: Case No. 16-2424, *EEOC v. R.G. &. G.R. Harris Funeral*
    Originating Case No. : 2:14-cv-13710

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Beverly L. Harris for Amy Gigliotti
                                        Case Manager
                                        Direct Dial No. 513-564-7077

cc: Mr. Sameer Advani
    Ms. Mary Eaton
    Katherine M. Franke
    Mr. Eric Alan Isaacson
    Mr. Doron M. Kalir
    Mr. Jay D. Kaplan
    Mr. Richard Brian Katskee
    Mr. John Anthony Knight
    Mr. Daniel S. Korobkin
    Mr. Jordan W. Lorence
    Ms. Nancy C. Marcus
    Mr. Gary McCaleb
    Mr. Gregory R. Nevins
    Ms. Anne Noel Occhialino
    Mr. William Jeffrey Olson
    Ms. Jennifer C. Pizer
    Ms. Elizabeth Reiner Platt
    Mr. Wesley Railey Powell
    Mr. Douglas G. Wardlow

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-2424
_____

Filed: May 08, 2018

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

      Plaintiff - Appellant

AIMEE STEPHENS

      Intervenor

v.

R.G. &. G.R. HARRIS FUNERAL HOMES, INC.

      Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 03/07/2018 the mandate for this case hereby issues today.

COSTS: None