

June 8, 2018

Honorable Sean F. Cox
U.S. District Court
Eastern District of Michigan
231 Lafayette Blvd.
Detroit, MI 48226

    RE:    *EEOC v. R.G. & G. R. Harris Funeral Homes, Inc.*
             Case No. 2:14-cv-13710

Dear Judge Cox:

In anticipation of the status conference set for June 12 in the above-captioned case, I write to notify the Court that Defendant R.G. & G.R. Harris Funeral Homes, Inc. intends to file a petition for a writ of certiorari with the Supreme Court seeking review of the court of appeals' decision dated March 7. While the original deadline for that petition was June 5, Justice Elena Kagan has extended it until August 3.

                                  Sincerely,

                                  s/ James A. Campbell

                                  James A. Campbell (AZ Bar 026737)
                                  Douglas G. Wardlow (AZ Bar 032028)
                                  ALLIANCE DEFENDING FREEDOM
                                  15100 N. 90th Street
                                  Scottsdale, AZ 85260
                                  (480) 444-0020
                                  (480) 444-0028 Fax
                                  jcampbell@ADFlegal.org

                                  Counsel for Defendant R.G. & G.R. Harris Funeral Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I electronically filed the foregoing letter with the Clerk of the Court using the ECF system, which will send notification of this filing to all parties in the case.

<u>s/ James A. Campbell</u>
James A. Campbell