# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 24, 2018

> **FILED**
> Jul 26, 2018
> DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

Re:  R.G. & G.R. Harris Funeral Homes
v. Equal Opportunity Employment Commission
No. 18-107
(Your No. 16-2424)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 24, 2018 and placed on the docket July 24, 2018 as No. 18-107.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst