UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Equal Employment Opportunity
Commission,

    Plaintiff,

v.                                  Case No. 14-13710

R.G. & G.R. Harris Funeral Homes,    Sean F. Cox
Inc.,                                   United States District Court Judge

    Defendant.
_____/

## ORDER GRANTING
## UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF DEFENDANT'S PETITION FOR A WRIT OF CERTIORARI

Currently pending before the Court is Defendants' Unopposed Motion to Stay Proceedings Pending Resolution of Defendant's Petition for a Writ of Certiorari. (D.E. No. 92).

Having considered this unopposed motion, the Court hereby **ORDERS** that the Motion is **GRANTED and proceedings in this action are STAYED until further order of the Court.**

    **IT IS SO ORDERED**.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: August 15, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 15, 2018, by electronic and/or ordinary mail.

                                                s/Jennifer McCoy
                                                Case Manager