UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Equal Employment Opportunity
Commission,

                Plaintiff(s),

v.                                    Case No. 2:14−cv−13710−SFC−DRG
                                       Hon. Sean F. Cox

R.G. &. G.R. Harris Funeral
Homes, Inc.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion to Intervene − #101

IT IS HEREBY ORDERED that R.G. &. G.R. Harris Funeral Homes, Inc. shall file a response to the above document on or before September 14, 2020. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                                      s/Sean F. Cox
                                                       Sean F. Cox
                                                       U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/J. McCoy
                                                      Case Manager

Dated:   September 4, 2020