UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

DONNA STEPHENS, as TRUSTEE OF THE
AIMEE A. AND DONNA STEPHENS TRUST,

    Plaintiff-Intervenor,

v.

R.G. & G.R. HARRIS FUNERAL HOMES,
INC.,

    Defendant.
_____/

Case No. 14-cv-13710

Hon. Sean F. Cox

## STIPULATED ORDER MODIFYING CONSENT DECREE

On stipulation of the parties and pursuant to paragraphs 15, 17 and 20 of the Consent Decree (ECF No.118), and because Defendant did not come into compliance with the training, reporting and policy modification provisions of the Consent Decree until July 27, 2023, the duration of the Decree and the reporting requirements under

-1-

-2-

paragraph 12 of the Decree are extended to November 30, 2025.

    SO ORDERED.

Dated: August 17, 2023                    s/Sean F. Cox
                                                Sean F. Cox
                                                U. S. District Judge

Agreed as to form and content:

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: /s/ Dale Price
DALE PRICE (P55578)
DETROIT FIELD OFFICE
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 774-0028
dale.price@eeoc.gov
Date: August 14, 2023

R.G. & G.R. HARRIS FUNERAL HOMES, INC.

By:  /s/ Joel Kirkpatrick (by DP w/permission)
JOEL KIRKPATRICK
JOEL J. KIRKPATRICK P.C.
42180 Ford Rd, Ste 275
Canton, MI  48187
734-404-5710
866-241-4152 fax
joel@joelkirkpatrick.com
Date: August 14, 2023